U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

OCT 2 3 2009

CHRIS R. JOHNSON, CLERK

GEORGE'S, INC. and
GEORGE'S FARMS, INC.,

BY

DEPUTY CLERK

     Plaintiffs,

Case No. _09-5231_

v.

HARTFORD ACCIDENT AND INDEMNITY COMPANY,
HARTFORD CASUALTY INSURANCE COMPANY,
TWIN CITY FIRE INSURANCE COMPANY,
FIRST STATE INSURANCE COMPANY,
EMPLOYER'S INSURANCE COMPANY OF WAUSAU
f/k/a EMPLOYER'S INSURANCE OF WAUSAU, A
MUTUAL COMPANY,
GRANITE STATE INSURANCE COMPANY,
NORTHERN INSURANCE COMPANY OF NEW YORK
a/k/a MARYLAND CASUALTY COMPANY,
AMERISURE INSURANCE COMPANY a/k/a MICHIGAN
MUTUAL INSURANCE COMPANY,
FIREMAN'S FUND INSURANCE COMPANY,
TIG INSURANCE COMPANY, SUCCESSOR-IN-INTEREST
TO INTERNATIONAL INSURANCE COMPANY,
UNITED STATES FIRE INSURANCE COMPANY,
HOME INSURANCE COMPANY,
MAXUM INDEMNITY COMPANY,
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PENNSYLVANIA,
CHUBB INDEMNITY INSURANCE COMPANY,
GREAT AMERICAN INSURANCE COMPANY, a/k/a
AMERICAN NATIONAL FIRE INSURANCE COMPANY,
ACE PROPERTY AND CASUALTY INSURANCE
COMPANY f/k/a CIGNA PROPERTY AND CASUALTY
INSURANCE COMPANY,
ST. PAUL SURPLUS LINES INSURANCE COMPANY,
ARCH SPECIALTY INSURANCE COMPANY, and
ARROWOOD INDEMNITY COMPANY f/k/a ROYAL
INDEMNITY COMPANY, SUCCESSOR-IN-INTEREST TO
ROYAL INSURANCE COMPANY,

     Defendants.

{06535\0\00635097.RTFv1 }

1

## NOTICE OF REMOVAL

Defendants Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Twin City Fire Insurance Company, and First State Insurance Company (collectively, "Hartford"), by their undersigned counsel, pursuant to 28 U.S.C. § 1446, hereby remove this action from the Circuit Court of Washington County to the United States District Court for the Western District of Arkansas.  The grounds for removal are:

1.     Plaintiffs George's, Inc. and George's Farms, Inc. (collectively, "George's") brought this action in the Circuit Court of Washington County against Hartford and the following defendants:  Employer's Insurance Company of Wausau f/k/a Employers Insurance of Wausau, a Mutual Company; Granite State Insurance Company; Northern Insurance Company of New York a/k/a Maryland Casualty Company; Amerisure Insurance Company a/k/a Michigan Mutual Insurance Company; Fireman's Fund Insurance Company; TIG Insurance Company, Successor-In-Interest to International Insurance Company; United States Fire Insurance Company; Home Insurance Company; Maxum Indemnity Company; National Union Fire Insurance Company of Pittsburgh, Pennsylvania, Chubb Indemnity Insurance Company; Great American Insurance Company a/k/a American National Fire Insurance Company; ACE Property and Casualty

{06535\0\00635097.RTFv1 }

2

Insurance Company f/k/a Cigna Property and Casualty Insurance Company; St. Paul

Surplus Lines Insurance Company; Arch Specialty Insurance Company; and Arrowood

Indemnity Company f/k/a Royal Indemnity Company, Successor-In-Interest to Royal

Insurance Company.  That action is captioned *George's, Inc., et al. v. Hartford Accident*

*and Indemnity Company, et al.*, Case No. CV09 3242-6 and is referred to hereinafter as

the "Circuit Court Action."  True and correct copies of the Summons, Complaint,

correspondence and papers in the Circuit Court Action served on Hartford are attached

hereto as Exhibit A.  No other process, pleadings, orders, or papers have been served on

Hartford in the Circuit Court Action.

2.      Hartford was first served with the Summons and Complaint on October 13,

2009, through service on Corporation Service Company.  Thus, in accordance with 28

U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after receipt by

service of the Summons and Complaint, which was the initial pleading setting forth the

claim for relief against Hartford upon which this action is based.

3.      Plaintiffs George's, Inc. and George's Farms, Inc. are alleged in the

Complaint to be corporations organized and existing under the laws of the State of

Arkansas with their principal places of business in Springdale, Washington County,

Arkansas.

4.      Defendant Hartford Accident and Indemnity Company ("Hartford

Accident") is a Connecticut corporation with its principal place of business in Hartford,

{06535\0\00635097.RTFv1 }

3

Connecticut.

5.      Defendant Hartford Casualty Insurance Company ("Hartford Casualty") is an Indiana corporation with its principal place of business in Hartford, Connecticut.

6.      Defendant Twin City Fire Insurance Company ("Twin City") is an Indiana corporation with its principal place of business in Hartford, Connecticut.

7.      Defendant First State Insurance Company ("First State") is a Connecticut corporation with its principal place of business in Boston, Massachusetts.

8.      Defendant Employer's Insurance Company of Wausau f/k/a Employers Insurance of Wausau, a Mutual Company ("Employer's") is a Wisconsin corporation with its principal place of business in Wausau, Wisconsin.

9.      Defendant Granite State Insurance Company ("Granite") is a Pennsylvania corporation with its principal place of business in New York, New York.

10.      Defendant Northern Insurance Company of New York a/k/a Maryland Casualty Company ("Northern") is a New York corporation with its principal place of business in Schaumberg, Illinois.

11.      Defendant Amerisure Insurance Company a/k/a Michigan Mutual Insurance Company ("Amerisure") is a Michigan corporation with its principal place of business in Farmington Hills, Michigan.

12.      Defendant Fireman's Fund Insurance Company ("Fireman's Fund") is a California corporation with its principal place of business in Novato, California.

{06535\0\00635097.RTFv1 }

4

13.    Defendant TIG Insurance Company, successor-in-interest to International Insurance Company ("TIG"), is a California corporation with its principal place of business in Manchester, New Hampshire.

14.    Defendant United State Fire Insurance Company ("U.S. Fire") is a Delaware corporation with its principal place of business in Morristown, New Jersey.

15.    Defendant Home Insurance Company ("Home") formerly was a New Hampshire corporation with its principal place of business in Manchester, New Hampshire, but has now been liquidated.

16.    Defendant Maxum Indemnity Company ("Maxum") is a Delaware corporation with its principal place of business in Duluth, Georgia.

17.    Defendant National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("National Union"), is a Pennsylvania corporation with its principal place of business in New York, New York.

18.    Defendant Chubb Indemnity Insurance Company ("Chubb") is a New York corporation with its principal place of business in Warren, New Jersey.

19.    Defendant Great American Insurance Company a/k/a American National Fire Insurance Company ("Great American") is an Ohio corporation with its principal place of business in Cincinnati, Ohio.

20.    Defendant ACE Property and Casualty Insurance Company f/k/a CIGNA Property and Casualty Insurance Company ("ACE") is a Pennsylvania corporation with its

{06535\0\00635097.RTFv1 }

5

principal place of business in Philadelphia, Pennsylvania.

21.     Defendant St. Paul Surplus Lines Insurance Company ("St. Paul") is a Delaware corporation with its principal place of business in St. Paul, Minnesota.

22.     Defendant Arch Specialty Insurance Company ("Arch") is a Nebraska corporation with its principal place of business in Jersey City, New Jersey.

23.     Defendant Arrowood Indemnity Company f/k/a Royal Indemnity Company, successor-in-interest to Royal Insurance Company ("Royal"), is a Delaware corporation with its principal place of business in Charlotte, North Carolina.

24.     Plaintiffs' Complaint seeks judgment against Defendants and the matter in controversy in the Complaint is in excess of $75,000.00, exclusive of interest and costs.

25.     This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(a)(1) because this action is between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00.

26.     Upon information and belief, written consent for removal of this lawsuit within the prescribed time period will be filed by the following defendants:  Employers; Granite; Northern; Amerisure; Fireman's Fund; TIG; U.S. Fire; Maxum; National Union; Chubb; Great American; ACE; St. Paul; Arch; and Royal.

27.     Defendant Home is not a proper party to this lawsuit.  By the Order of Liquidation entered on June 13, 2003, in the case of *In the Matter of the Rehabilitation of The Home Insurance Company*, Merrimack (New Hampshire) Superior Court, Docket

{06535\0\00635097.RTFv1 }

6

No. 03-E-0106, Home was declared to be insolvent and a permanent injunction was entered against the commencement of any judicial, administrative, or other action or proceeding against Home or the Liquidator. A copy of the Order of Liquidation is attached hereto as Exhibit B.

28.    Because George's cannot maintain a lawsuit against Home or any judicial remedy may be obtained against Home, Home was improperly joined and is an improper party to this action. Thus, Home's written consent to removal is unnecessary and cannot be obtained.

29.    Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a).

30.    Pursuant to 28 U.S.C. § 1446(d), Hartford will give written notice of the removal of the Circuit Court Action to Plaintiffs' counsel and will file a Notice of Filing of Notice of Removal with the Circuit Court of Washington County. A true and correct copy of this notice is attached hereto as Exhibit C.

Dated:  October 23, 2009                  Respectfully submitted,


                                          Jerry L. Lovelace
                                          Roy, Lambert & Lovelace
                                          2706 South Dividend Drive
                                          P.O. Drawer 7030
                                          Springdale, Arkansas 72766-7030
                                          (479) 756-8510 (Telephone)

{06535\0\00635097.RTFv1 }

(479) 756-8567, (479) 856-8562 (Facsimile)

*Attorneys for Defendants Hartford Accident and Indemnity Company, Hartford Casualty Insurance Company, Twin City Fire Insurance Company, and First State Insurance Company*

OF COUNSEL:

Lee H. Ogburn
John J. Kuchno
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD  21202-3201
(410) 752-6030 (Telephone)
(410) 539-1269 (Facsimile)

{06535\0\00635097.RTFv1 }

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23 day of October, 2009 a copy of the Notice of

Filing was mailed, first-class postage pre-paid to:

> James M. Graves, Esquire
> Bassett Law Firm, LLP
> 221 North College Avenue
> P.O. Box 3618
> Fayetteville, Arkansas 72702-3618

Jerry L. Lovelace